IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TANGELA M. THOMAS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA-24-CV-00684-FB |
| | § | |
| FRANK BISIGNANO, Acting Commissioner of Social Security, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**ORDER REINSTATING CASE, ACCEPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR ATTORNEY FEES, AND CLOSING CASE**

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 26), filed in the above-captioned cause on July 8, 2026, recommending that Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act ("Motion") (ECF No. 21) be granted in part. To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989). Accordingly, this case shall be reinstated, the Report and Recommendation accepted, and the case closed.

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

IT IS THEREFORE ORDERED that this case is REINSTATED on the Court's docket for the limited purpose of entering this Order.

IT IS FURTHER ORDERED that the Report and Recommendation of United States Magistrate Judge (ECF No. 26) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (ECF No. 21) is GRANTED in PART such that Plaintiff is awarded fees in the amount of $14,183.69 and costs in the amount of $450.00. In all other respects, the Motion is DENIED.

IT IS FURTHER ORDERED that: (1) Defendant pay Plaintiff $14,183.69 and costs in the amount of $450.00, and that such payment be made payable to Plaintiff and mailed to Plaintiff's counsel at her address of record; (2) that this payment by Defendant bars any and all claims further Plaintiff may have relating to EAJA fees and expenses in connection with this action; and (3) that Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

IT IS FINALLY ORDERED that this case is now CLOSED.

It is so ORDERED.

SIGNED this 31st day of August, 2026

.

FRED BIERY
UNITED STATES DISTRICT JUDGE

.